# MARTIN G. GOLDBERG

ATTORNEY AT LAW
672 Dogwood Avenue # 183
Franklin Square, New York 11010
Phone/Fax (516)292-0380   Cell Phone (718)986-4653
E-mail: mgoldbergesq@juno.com

January 19, 2012

Hon. Judge Kiyo A. Matsumota
United States District Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

                    Re: United States v Capparotta
                    11 Cr 817

Dear Judge Matsumota,

    I met with Francesco Capparotta today and he consented to have his case adjourned from January 20, 2012 to February 23, 2012 and he waives speedy trial to that date.

                    Yours

                    Martin Goldberg