# MARTIN G. GOLDBERG

## ATTORNEY AT LAW
### 672 Dogwood Avenue # 183
### Franklin Square, New York 11010
Phone/Fax (516)292-0380   Cell Phone (718)986-4653
E-mail: mgoldbergesq@juno.com

February 24, 2012

Hon. Judge Kiyo A. Matsumota
United States District Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

                Re: United States v Capparotta
                    11 Cr 817

Dear Judge Matsumota,

      The defendant has informed me on several different occasions that he has a medical issue with regard to one of his hands. I have previously observed that the hand appears to be swelled up. I just received a telephone call from his mother in which she informed me that this issue has not been resolved and he is in need of medical treatment. I am therefore requesting that the Court issue an Order to the MDC directing that he be examined by a physician and that they report back to the Court with regard to this situation.

                                      Yours

                                      MARTIN GOLDBERG

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------

**UNITED STATES OF AMERICA**

       V                                                              11 CR 817

**FRANCESCO CAPPARATA**

-------------------------------------------------------

      It is hereby ORDERED that the MDC shall have a doctor examine and treat Francesco Capparotta with regard to his medical issues and shall promptly issue a report to the Court indicating what the diagnosis is and the treatment that he is receiving for his condition.

**SO ORDERED**

                                       ---------------------------------------------------------

                                       **HON. JUDGE MATSUMOTA**
                                       **UNITED STATES DISTRICT JUDGE**